UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN QUINN,<br>  Plaintiff,<br>  v.<br>ANDREW SAUL,<br>  Defendant. | Case No. 19-cv-04600-SVK<br><br>**JUDGMENT** |

On February 24, 2020, the Court granted the parties' stipulation to voluntarily remand this case. Pursuant to Federal Rule of Civil Procedure 58 and the parties' stipulation, the Court hereby reverses the final decision of the Commissioner and enters judgment in favor of Plaintiff Ian Quinn and against Andrew Saul, Commissioner of the Social Security Administration. The case is remanded for further proceedings consistent with the order on the parties' stipulation. The Clerk of the Court shall close the file on this matter.

**SO ORDERED.**

Dated: February 24, 2020

SUSAN VAN KEULEN
United States Magistrate Judge